FILED: March 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1079
(1:23-cv-00266-PTG-IDD)

_____

FEDS FOR MEDICAL FREEDOM; MARIE BALLERINI-HOUGNON; DONALD CARROLL; JANE CHUN; DAVID GUERERRO; HOMER HAWKINS; WILLIAM HAYES; MATTHEW HILTON; DANIEL JACKSON; LISA JONES; CHERYL KOEVOET; NANCY MCGAUVRAN; CHRISTOPHER MILLER; KAROLINA MILLER; KEMMI SADLER; KELLY MEDINA SANTIESTEBAN; MARCUS THORNTON; JOEL ZLOTNIK; MICHAEL BALL; SALIMA BENABDI; ERIC BURKETT; BROCK FOX; CHRIS KELLY; DAVID PEMBERTON; JEFFREY RUSINEK; CHRISTINA WILLIAMS

    Plaintiffs - Appellants

v.

ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State; DEPARTMENT OF STATE; CAROL PEREZ, in her official capacity as Director General of the Foreign Service and Director of Global Talent Bureau in the Bureau of Global Talent Management at the the U.S. Department of State; MARCIA S. BERNICAT, in her official capacity as Director General of the Foreign Service and Director of Global Talent in the Bureau of Global Talent Management at the U.S. Department of State and in her individual capacity

    Defendants - Appellees

─────────────────

O R D E R

─────────────────

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

Joint appendix due: 05/28/2024

Opening brief due: 05/28/2024

Response brief due: 06/27/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk