No. 24-1079

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

Marcus Thornton, et al.,
                    *Plaintiffs-Appellants*

v.

Antony J. Blinken, in his official capacity as
Secretary of the U.S. Department of State and in his individual capacity, et al.,
                    *Defendants-Appellees*

---

On appeal from the United States District Court
for the Eastern District of Virginia at Alexandria

---

## APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL

---

SCOTT LLOYD
*Attorney*
*Lloyd Law Group, PLLC*
*15 Chester Street*
*Front Royal, VA 22630*
*(540) 823-1110*

<h1 style="text-align:center">**MOTION FOR VOLUNTARY DISMISSAL**</h1>

Come now, Plaintiff-Appellants, Marcus Thornton, et al., pursuant to Federal Rule of Appellate Procedure 42(b)(2), and state the following in support of their Motion for Voluntary Dismissal.

Federal Rule of Appellate Procedure 42(b)(2) provides that, "[a]n appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court." Appellants noticed their appeal on January 16, 2024, and requested an additional 60 days to file an opening brief, which this Court granted on March 26, 2024.

Upon further consideration of the merits of continuing, Appellants have decided not to pursue an appeal any further. Appellants respectfully request that this honorable court dismiss this appeal.

Accordingly, Appellants submit their motion for voluntary dismissal and respectfully request that this honorable Court grant the motion.

Dated: May 28, 2024                                   Respectfully Submitted,


/s/E. Scott Lloyd
**E. Scott Lloyd**
Virginia Bar # 76989
Lloyd Law Group, PLLC
15 Chester St
Front Royal, VA 22630
(540) 823-1110
scott@lloydlg.com
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause the foregoing Motion for Voluntary Dismissal to be served on Defendants on May 28, 2024.

/s/ E. Scott Lloyd
E. SCOTT LLOYD
*Counsel for Appellants*